UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MITCH TILLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:17 CV 61 ACL |
| | ) |
| MENARD, INC., | ) |
| | ) |
| Defendant. | ) |

### JOINT MOTION TO EXTEND ADR COMPLETION DEADLINE

Plaintiff, Mitch Tillman (hereinafter "Plaintiff" or "Tillman"), by and through his counsel, Cantor Injury Law, LLC and Defendant, Menard, Inc. (hereinafter "Defendant" or "Menards"), by and through its counsel, McAnany, Van Cleave & Phillips, P.C., hereby request this Court to extend current ADR completion deadline:

1. The Parties hereto have been ordered to have all ADR conferences concluded before August 13, 2018.

2. The Parties have an ADR Conference scheduled August 30, 2018 at 9:00 a.m. before the Honorable Glenn Norton at 711 North 11th Street, St. Louis, Missouri 63101.

3. To allow the Parties to continue to pursue resolution avenues, the Parties further agreed to extend the ADR completion deadline.

By: _____
Brian Winebright #66337MO
Cantor Injury Law, LLC
12283 Olive Boulevard
St. Louis, Missouri 63141
*Attorneys for Plaintiff Mitch Tillman*

By: _____
Byron A. Bowles, Jr. (MO #47050)
McAnany, Van Cleave & Phillips, P.A.
10 E. Cambridge Circle Dr., Suite 300
Kansas City, KS 66103
*Attorneys for Defendant Menard, Inc.*

**SO ORDERED.**

_____        _____
Hon. Abbie Crites-Leoni                Date
United States Magistrate Judge